

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-15-00342-CR

## IN RE EDWARD S. HODGES, III

---

## Original Proceeding

---

# ORDER

---

The State's Motion for Extension of Time to File State's Response is granted.  The

State's response is due December 7, 2015.[1]

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted
Order issued and filed December 3, 2015



---

[1] The State requested an extension to December 7, **2016**.  The Court is unsure of whether the stated month or whether the stated year is incorrect.  If the State was intending to request an extension until January 7, 2016, it may, if necessary, request another extension to that date.